# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
### (at Covington)

|  |  |
|---|---|
| **IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Master File No. 2:11-md-2226-DCR
MDL Docket No. 2226

This Document Applies To:

*Adams v. Eli Lilly and Company et al.*,
Case No. 2:11-cv-350 DCR
*D. Felty v. Eli Lilly and Company et al.*,
Case No. 2:11-cv-364-DCR
*K. Felty v. Eli Lilly and Company et al.*,
Case No. 2:11-cv-378-DCR
*Brown v. Eli Lilly and Company et al.*,
Case No. 2:11-cv-380-DCR

## **RULE 7.1 DISCLOSURE OF DEFENDANT AAIPHARMA SERVICES**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant AAIPharma Services Corp. hereby certifies that it is a non-governmental corporate party and that its parent, subsidiary and other affiliate corporations are AAI Holdings Corp. (parent), Water Street Health Care Partners (indirect parent), and AAIPharma Learning Center LLC (subsidiary). No publicly-held corporation owns 10% or more of this party's stock.

Dated: December 21, 2011

Respectfully submitted,

*/s/ Scott A. McMillin*

Scott A. McMillin, P.C. (6237667)
Maja Fabula (6291539)
Richard U. S. Howell (6289780)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant*
*AAIPharma Services Corp.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document has been served via the Court's electronic filing system this 21st day of December, 2011.

                */s/ Scott A. McMillin*
                Scott A. McMillin