UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| IN RE: DARVOCET, DARVON, AND PROPOXYPHENE PRODUCTS LIABILITY LITIGATION | Master File No. 2: 11-md-2226-DCR<br>MDL Docket No. 2226<br><br>THIS RELATES TO:<br>Felty, Kenneth, et al v. Eli Lilly and Company, et al.<br><br>2:11-cv-00378-DCR<br><br>**STIPULATION WITHDRAWING MOTION TO DISMISS BY DEFENDANT AAIPHARMA SERVICES CORP.**<br><br>Electronically Filed |

\* \* \*   \* \* \*   \* \* \*

Plaintiff and Defendant AAIPharma Services Corp. ("AAI Services") stipulate and agree that Defendant AAI Services is hereby withdrawing its Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (filed on December 21, 2011 and entered on the docket as document #15), because the motion became moot upon Plaintiff's filing of the Notice of Voluntarily Dismissal Without Prejudice of AAIPharma Services Corp.

/s/ Nancy G. Rhoads
Nancy G. Rhoads (PA 39913)
**LOPEZ MCHUGH, LLP**
1125 Admiral Peary Way, Quarters K
Philadelphia, Pennsylvania 19112
Telephone: (215) 952-6910
Facsimile: (215)-952-6814
nrhoads@lopezmchugh.com

*Attorneys for Plaintiff*
*Kenneth Felty*

/s/ Scott A. McMillin P.C.
Scott A. McMillin, Esquire
**Kirkland & Ellis LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
scott.mcmillin@kirkland.com

*Attorneys for Defendant AAIPharma*
*Services Corp.*

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served on this date via the electronic notification system of the Court.

**LOPEZ MCHUGH, LLP**

By: /s/ Nancy G. Rhoads
Nancy G. Rhoads, Esq.

Dated: January 11, 2012